IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, KRISHA TURNER, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>HOPE CANCER INSTITUTE, INC., and DR. RAJ SADASIVAN, )<br><br>Defendants. ) | Civil Action No. 12-2122 |

**ORDER**

This matter comes before the court upon the parties' joint motion (**ECF doc. 18**) requesting a stay of this matter stating that the parties have executed an agreement to resolve the claims in this action.

IT IS THEREFORE ORDERED that the clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

IT IS FURTHER ORDERED that unless the matter is reopened, the parties shall file on or before January 8, 2015, a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not reopened for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice

under Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated this 9th day of April, 2014.

                                                    _s/ James P. O'Hara__
                                                    United States Magistrate Judge

Approved by:


_____
JON P. FLEENOR
Assistant United States Attorney
Office of United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
913-551-6730
Fax: 913-551-6541
Email: jon.fleenor@usdoj.gov

Attorney for the United States


_____
MARK A. KISTLER
Brady & Associates Law Office
10901 Lowell Ave. Suite #280
Overland Park, KS 66210
913-696-0925
Fax: 913-696-0468
Email: mkistler@mbradylaw.com

*Attorney for Relators*
*Kirsha Turner*
*Crystal Dercher*
*Amanda Reynolds*


_____
F.A. (AL) WHITE, JR.
7924 N. Cherry Steet
Kansas City, Missouri 64118
816-454-5300
Fax: 816-455-3443
Email:  al@fwhite.com

*Attorney for Defendants*